```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07262
   MICHELLE MARIE MYLES
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-5893

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/23/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
SBC ILLINOIS              UNSECURED      NOT FILED          .00            .00
AT & T BANKRUPCTY         UNSECURED         239.71          .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        2846.45          .00            .00
ROSELAND COMMUNITY HOSP   UNSECURED      NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED        2050.00          .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED          .00            .00
SBC AMERITECH             UNSECURED      NOT FILED          .00            .00
ROSELAND COMMUNITY HOSPI  UNSECURED      NOT FILED          .00            .00
IQ TELECOM                UNSECURED      NOT FILED          .00            .00
ACMC PHYSICIAN SERVICES   UNSECURED      NOT FILED          .00            .00
LVNV FUNDING              UNSECURED      NOT FILED          .00            .00
EVERGREEN MEDICAL SPECIA  UNSECURED      NOT FILED          .00            .00
RUSH PRESBYTERIAN EMERG   UNSECURED      NOT FILED          .00            .00
RUSH PRESBYTERIAN EMERG   UNSECURED      NOT FILED          .00            .00
ASPIRE                    UNSECURED      NOT FILED          .00            .00
ST MARGARET HOSPITAL      UNSECURED      NOT FILED          .00            .00
EMERG RM PHYS             UNSECURED      NOT FILED          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED         464.76          .00            .00
ROUNDUP FUNDING LLC       UNSECURED         194.26          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED      NOT FILED          .00            .00
CHRIST MEDICAL CENTER     UNSECURED      NOT FILED          .00            .00
ADVOCATE MEDICAL GROUP    UNSECURED      NOT FILED          .00            .00
COMCAST                   UNSECURED      NOT FILED          .00            .00
CREDIT MANAGEMENT INC     UNSECURED      NOT FILED          .00            .00
EASTERN COLLECTION CORP   UNSECURED      NOT FILED          .00            .00
GEVALIA                   UNSECURED      NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN  UNSECURED      NOT FILED          .00            .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED      NOT FILED          .00            .00
US CELLULAR               UNSECURED      NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         166.43          .00            .00
JEFFERSON CAPITAL SYSTEM  UNSECURED         889.61          .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07262 MICHELLE MARIE MYLES
```

```
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    2,334.00                      186.20
TOM VAUGHN                TRUSTEE                                       13.80
DEBTOR REFUND             REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                   200.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                         186.20
TRUSTEE COMPENSATION                                    13.80
DEBTOR REFUND                                             .00
                        ---------------       ---------------
TOTALS                    200.00                      200.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/26/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE